[No. 11218–0–I.   Division One.   November 5, 1984.]

ARNOLD G. JONES, *Appellant,* v. ROBERT E. BAYLEY
CONSTRUCTION COMPANY, INC., ET AL,
*Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 79–2–01912–7, Oluf Johnsen, J. Pro Tem., and
Frank J. Eberharter, J., entered December 15, 1981, and

November 4, 1980. *Reversed in part* and *remanded* by unpublished opinion per Corbett, A.C.J., concurred in by Williams and Ringold, JJ.